IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANK EDWIN PATE, <br> ID # 30430-408, <br> Petitioner, <br> <br> v. <br> <br> VOLUNTEERS OF AMERICA <br> HALFWAY HOUSE, HUTCHINS, <br> et al., <br> Respondents. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 3:25-CV-1272-N-BW |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court will, by separate judgment, **DISMISS** Petitioner's habeas claims in the supplemented Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 3) without prejudice for failure to exhaust administrative remedies and **DISMISS** any non-habeas civil claims without prejudice to raising them in a separate civil action.  Petitioner's Motion for Preliminary Injunction (Doc. 8) is **DENIED**. The Petitioner's Emergency Motion for Temporary Restraining Order (Doc. 16) is also **DENIED**.

A certificate of appealability is not required to appeal the denial of relief under 28 U.S.C. § 2241.  *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005).  If Petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma*

*pauperis*.

**SIGNED this 9th day of July, 2025.**

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE